1  **PERKINS COIE LLP**
   SUNITA BALI (No. 274108)
2  sbali@perkinscoie.com
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorneys for Defendant
   GOOGLE INC.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | Susan Harvey, | Case No. 1:15-CV-00595---GSA |
12 | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
13 | v. | |
14 | Google Inc., *et al.*, | |
15 | Defendants. | |

17     Plaintiff Susan Harvey ("Plaintiff") and Defendant Google Inc. ("Defendant"), by and

18 through their undersigned counsel, and pursuant to Eastern District of California Local Rule

19 144(a), hereby stipulate as follows:

20     1.   WHEREAS, Plaintiff filed her Complaint on April 15, 2015, *see* Dkt. 1;

22     2.   WHEREAS, in order to allow the parties' counsel additional time to investigate

23 and confer about Plaintiff's claims, Plaintiff and Defendant have stipulated, pursuant to

24 Eastern District of California Local Rule 144(a), to a 28-day extension of time in which

25 Defendant may respond to the Complaint;

26     3.   WHEREAS, pursuant to this stipulation, Defendant's response to the Complaint

27 shall be due on or before June 25, 2015; and

28

1    4.    WHEREAS, the parties have not previously requested extensions of any deadlines, and the parties do not believe that this extension will affect the progress of the case;

IT IS THEREFORE STIPULATED that Defendant's deadline to respond to the Complaint, whether by answer, motion, or otherwise, shall be extended to June 25, 2015.

**IT IS SO STIPULATED.**

DATED:  June 15, 2015             **PERKINS COIE LLP**

By: /s/ Sunita Bali
    Sunita Bali, Bar No. 274108

Attorneys for Google Inc.


DATED:  June 15, 2015             **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/ Adrian Bacon
    Adrian Bacon

Attorneys for Susan Harvey