1

2

Susan D. Fahringer, Bar No. 162978
SFahringer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

3

4

5

6

7

8

9

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

10

11

Attorneys for Defendant
GOOGLE INC.

12

13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

Susan Harvey,

Plaintiff,

v.

Google Inc., and Does 1-20, inclusive,

Defendant(s).

Case No.  1:15-CV-00595---GSA

**NOTICE OF APPEARANCE**

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
Case No.  1:15-CV-00595---GSA

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE THAT Susan D. Fahringer of Perkins Coie LLP, hereby enters

3    her appearance as attorney for defendant Google Inc., and respectfully requests that her name be

4    added to the list of ECF recipients for this case. Copies of all pleadings and documents regarding

5    this litigation are to be served on the undersigned counsel.

6

7    DATED:  July 2, 2015                    **PERKINS COIE LLP**

8

9                                            By:    /s/ Susan D. Fahringer
                                                    Susan D. Fahringer

10
                                             Attorneys for Defendant Google Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                   1
Case No.  1:15-CV-00595---GSA